**Electronically Filed
Supreme Court
SCWC-12-0000295
28-AUG-2013
08:04 AM**

SCWC-12-0000295

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HAWAIʻI STATE TEACHERS ASSOCIATION,
Petitioner/Union-Appellant,

vs.

UNIVERSITY LABORATORY SCHOOL,
EDUCATION LABORATORY PUBLIC CHARTER SCHOOL LOCAL SCHOOL BOARD,
(GRIEVANCE OC-11-24) (2011-013),
Respondent/Employer-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000295; S.P. NO. 11-1-0411)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Union-Appellant's Application for Writ of Certiorari filed on July 16, 2013, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, August 28, 2013.

Herbert R. Takahashi,
Rebecca L. Covert,
and Davina W. Lam
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

